UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 21-cr-377 (BAH) |
| | : | |
| **ANTHONY WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and joined by defendant Anthony Robert Williams, through undersigned counsel, hereby submit this joint status report pursuant to this Court's September 12, 2024 Order.

1. On September 12, 2024, the United States Court of Appeals issued an order that appellant's conviction under 18 U.S.C. § 1512(c)(2) be vacated and the case be remanded for further proceedings.

2. On the same date, this Court issued a minute order directing the parties to submit a jointly proposed schedule to govern further proceedings in this matter by September 20, 2024.

3. The parties are assessing how to proceed in this matter. Accordingly, the parties propose that the parties submit a joint status report by October 18, 2024, to include a schedule for further proceedings.

4. The parties request that the defendant remain on his current release conditions in the interim.

        Respectfully Submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:  */s/ Isia Jasiewicz*
    Monika (Isia) Jasiewicz
    Assistant United States Attorney
    D.C. Bar No. 102491
    U.S. Attorney's Office for the District of Columbia
    601 D Street, N.W.
    Washington, D.C. 20530
    (202) 714-6446
    isia.jasiewicz@usdoj.gov

    *Counsel for the United States*

    */s/ Benton C. Martin*
    Benton C. Martin
    Jean Pierre Nogues
    Federal Community Defender
    613 Abbott St.
    Suite 500
    Detroit, MI 48226
    (313) 967-5832
    benton_martin@fd.org

    *Counsel for the Defendant*