UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-cr-377 (BAH) |
| | : | |
| ANTHONY WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S RESPONSE TO MINUTE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in response to the Court's Minute Order of November 13, 2024.

The Court directed the government to advise "whether the government anticipates filing any additional charges in this matter and when." *Id.* The government responds that it does anticipate filing a new charge for violation of 18 U.S.C. § 231 no later than the end of December 2024.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Isia Jasiewicz*
Monika (Isia) Jasiewicz
Assistant United States Attorney
D.C. Bar No. 102491
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 714-6446
isia.jasiewicz@usdoj.gov